IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02344-RPM

TRACY (CARTER) DeFRANCESCO, as personal representative
of the Estate of Clement J. DeFrancesco, Jr.,

       Plaintiff,

v.

UNUM-LIFE INSURANCE COMPANY OF AMERICA,

       Defendant.

---

ORDER ALLOWING WITHDRAWAL OF COUNSEL

---

       This matter having come before the Court on the Notice of Withdrawal of Co-Counsel for Defendant, filed on July 1, 2005, and the Court being fully advised, it is

       ORDERED that Kristin K. Graham is allowed to withdraw as co-counsel for the defendant.

       Dated: July 5th, 2005

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        Richard P. Matsch, Senior District Judge